

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

## ORDER ON MOTION

Cause Number:  01-12-00473-CV

Trial Court Cause
Number:  1103085

Style:  Robert R. Burchfield

**v** Prosperity Bank

Date motion filed[*]:  July 13, 2013

Type of motion:  Motion for Rehearing

Party filing motion:  Appellant

Document to be filed:  No

Is appeal accelerated? ☐ YES  ☒ NO

Ordered that motion is:

☐ Granted

   If document is to be filed, document due: _____

   ☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

☒ Denied

☐ Dismissed (*e.g.*, want of jurisdiction, moot)

☐ Other: _____

Judge's signature: /s/ Sherry Radack
                    ☐ Acting individually  ☒ Acting for the Court

Panel consists of  Chief Justice Radack and Justices Higley and Brown

Date: October 1, 2013